1
2
3
4
5
6
7

8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   QUINTON PRUITT,

11           Plaintiff,                     No. CIV S-05-1360 DFL GGH PS

12       vs.

13   MARINE TERMINALS CORP., et al.,

14           Defendants.                    ORDER

15   _____/

16           Plaintiff, proceeding in this action pro se, has requested leave to proceed in forma
17   pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule
18   72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).  Plaintiff has submitted an affidavit making the
19   showing required by 28 U.S.C. § 1915(a)(1).  Accordingly, the request to proceed in forma
20   pauperis will be granted.

21           The determination that plaintiff may proceed in forma pauperis does not complete
22   the required inquiry.  Pursuant to 28 U.S.C. § 1915(e)(2), the court is directed to dismiss the case
23   at any time if it determines the allegation of poverty is untrue, or the action is frivolous or
24   malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against
25   an immune defendant.

26           Pro se pleadings are liberally construed.  See Haines v. Kerner, 404 U.S. 519,

520-21, 92 S. Ct. 594, 595-96 (1972); Balistreri v. Pacifica Police Dep't., 901 F.2d 696, 699 (9th Cir. 1988).  Unless it is clear that no amendment can cure the defects of a complaint, a pro se plaintiff proceeding in forma pauperis is entitled to notice and an opportunity to amend before dismissal.  See Noll v. Carlson, 809 F.2d 1446, 1448 (9th Cir. 1987); Franklin v. Murphy, 745 F.2d 1221, 1230 (9th Cir. 1984).

      The court cannot determine whether the complaint is frivolous or can be amended to state a claim because it does not comply with Fed. R. Civ. P. 8.[1]  Fed. R. Civ. P. 8 sets forth general rules of pleading in the Federal Courts.  Complaints are required to set forth (1) the grounds upon which the court's jurisdiction rests, (2) a short and plain statement of the claim showing entitlement of relief; and (3) a demand for the relief plaintiff seeks.  Rule 8 requires "sufficient allegations to put defendants fairly on notice of the claims against them."  McKeever v. Block, 932 F.2d 795, 798 (9th Cir. 1991).  The complaint does not meet these requirements.  It contains no allegation of the basis for this court's jurisdiction, nor does it set forth a short and plain statement showing entitlement to relief.

      It appears that plaintiff seeks review of a decision by the U.S. Department of Labor Benefits Review Board denying plaintiff's motion for reconsideration.  This court has no jurisdiction to conduct such a review.  Pursuant to 33 U.S.C. § 921(c), "any person adversely affected or aggrieved by a final order of the Board may obtain a review of that order in the United States court of appeals for the circuit in which the injury occurred, by filing in such court within sixty days following the issuance of such Board order a written petition praying that the order be modified or set aside."  Accordingly, because this court has no jurisdiction to review a decision by the Department of Labor Benefits Review Board, the complaint is dismissed.  Although it does not appear that plaintiff can cure this pleading defect, he will be given an opportunity to file an amended complaint.

---

[1] Neither does it comply with Fed. R. Civ. P. 10, governing the form of pleadings.

1  Plaintiff is advised that any amended complaint must bear the civil docket number
2  assigned this case and must be labeled "Amended Complaint;" plaintiff must file an original and
3  two copies of the amended complaint.  Local Rule 15-220 requires that an amended complaint be
4  complete in itself without reference to any prior or superseded pleading.  This is because, as a
5  general rule, an amended complaint supersedes the original complaint.  See Loux v. Rhay, 375
6  F.2d 55, 57 (9th Cir. 1967).  Once an amended pleading is filed, the original pleading no longer
7  serves any function in the case.  Id.; see also E.D. Cal. L. R. 15-220.

In accordance with the above, IT IS ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted;

2. Plaintiff's complaint is dismissed, with leave to file an amended complaint within thirty days from the date of service of this order.  Failure to file an amended complaint will result in a recommendation that the action be dismissed.

DATED: 8/24/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mb
pruitt1360.ifp

3