UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| QUINTON PRUITT,<br><br>    Plaintiff - Appellant,<br>v.<br><br>MARINE TERMINALS<br>CORPORATION; et al.,<br><br>    Defendants - Appellees. | No. 06-15268<br>D.C. No. CV-05-01360-DFL/GGH<br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 3/16/2006